UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Barbara Hogel,<br><br>  Plaintiff,<br><br>  v.<br><br>Standard Insurance Company,<br><br>  Defendant. | Civil Action No. 2:21–cv–144 |

## **ORDER**

  On or before August 6, 2021, Plaintiff shall return executed her Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

  Dated at Burlington, in the District of Vermont, this 26th day of July 2021.

                */s/ Kevin J. Doyle*
                Kevin J. Doyle
                United States Magistrate Judge